### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, </br></br> Plaintiff, </br></br> v. </br></br> APRIA, INC. JOHN G. FIGUEROA, MICHAEL AUDET, JOHN R. MURPHY, NORMAN C. PAYSON, DEVON RINKER, NEIL P. SIMPKINS, LYNN SHAPIRO SNYDER, DANIEL J. STARCK, MIKE S. ZAFIROVSKI, TERRI KLINE, and SUSANNAH GRAY, </br></br> Defendants. | Case No. 2:22-cv-00873-MSG |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  June 10, 2022

**GRABAR LAW OFFICE**

By: *[signature]*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*